UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                         C.R. 93-083 S

MOKEEM BACCHUS,
    Defendant.

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on December 8, 2010 (document #16) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Defendant's Motions to Proceed *in forma pauperis* and for Appointment of Counsel (document #15) are hereby DENIED.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 1/10/11